DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTWON GRAHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2442

[February 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 50-2009-CF-011436-AXXX-MB.

Michael Salnick of the Law Offices of Salnick & Fuchs, P.A., West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***